IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:08-cv-00100

| | |
|---|---|
| RUBBERMAID INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| L.R. NELSON CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Defendant's Verified Motion for Special Admission Pro Hac Vice filed July 28, 2008, requesting admission of Attorneys Robert M. Riffle and Janaki H. Nair of the law firm Elias, Meginnes, Riffle & Seghetti, P.C., to represent the Defendant. For the reasons set forth therein, the motion will be **GRANTED.**

Counsel is advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

Signed: July 28, 2008

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge

451950 v.1