# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Civil Action No.: 3:08-cv-00100

| | |
|---|---|
| **RUBBERMAID INCORPORATED,**<br><br>Plaintiff,<br><br>vs.<br><br>**L.R. NELSON CORPORATION,**<br><br>Defendant. | <u>**ORDER**</u> |

THIS MATTER is before the Court on the Plaintiff's Motion for Special Admission Pro Hac Vice filed August 8, 2008, requesting admission of attorney Timothy F. Sweeney of the Law Office of Timothy Farrell Sweeney, to represent the Plaintiff. For the reasons set forth therein, the motion will be GRANTED.

<u>Counsel is advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: August 8, 2008

_____
Carl Horn, III
United States Magistrate Judge