IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **RUBBERMAID INCORPORATED**, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>**L.R. NELSON CORPORATION**, )<br>)<br>Defendant. )<br>) | Civil Case No. 3:08-cv-100-W<br><br>Judge Frank D. Whitney<br><br><br>**ORDER** |

THIS CAUSE COMING ON TO BE HEARD and being heard before the Undersigned on the parties' Joint Motion to Substitute Mediator, and it appearing to the Court that the motion should be allowed;

IT IS, THEREFORE, HEREBY ORDERED AND DECREED that Gary S. Hemric of James, McElroy & Diehl, P.A., 600 South College Street, Charlotte, NC 28202, be substituted for Wayne P. Huckel as mediator in this matter.

**SO ORDERED**.

Signed: February 11, 2009

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge